| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | MATTHEW D. BROWN (196972) |
| 3 | (brownmd@cooley.com) |
| | JEFFREY M. GUTKIN (216083) |
| 4 | (jgutkin@cooley.com) |
| | 101 California Street, 5th Floor |
| 5 | San Francisco, CA  94111-5800 |
| | Telephone:    (415) 693-2000 |
| 6 | Facsimile:     (415) 693-2222 |
| 7 | Attorneys for Defendant FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re FACEBOOK INTERNET TRACKING LITIGATION | No. 5:12-md-02314-EJD |
| | Judge:     Hon. Edward J. Davila |
| | **TRIAL DATE:     NOT YET SET** |
| PERRIN AIKENS DAVIS, PETERSEN GROSS, DR. BRIAN K. LENTZ, TOMMASINA IANNUZZI, TRACY SAURO, JENNIFER SAURO, and LISA SABATO, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:11-cv-04834-EJD |
| | Related Case Nos.:  5:11-cv-04935-EJD; 5:12-cv-00370-EJD; and 5:12-cv-00807-EJD |
| | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| Plaintiffs, | |
| v. | |
| FACEBOOK, INC., a Delaware Corporation | |
| Defendant. | Action Filed: September 30, 2011 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | LANA BRKIC,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware Corporation, and DOES 1-10,<br><br>              Defendants. | Case No. 5:11-04935-EJD<br><br>Related Case Nos.:  5:11-cv-04834-EJD; 5:12-cv-00370-EJD; and 5:12-cv-00807-EJD<br><br>In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD<br><br><br>Action Filed: October 5, 2011 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | JULIAN CARROLL, On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., a Delaware Corporation,<br><br>              Defendant. | Case No.  5:12-cv-00370-EJD<br><br>Related Case Nos.:  5:11-cv-04834-EJD; 5:11-cv-04935-EJD; and 5:12-cv-00807-EJD<br><br>In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD<br><br><br>Action Filed: January 24, 2012 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | LAURA MAGUIRE, ET AL., On Behalf of Himself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>              Defendant. | Case No. 5:12-cv-00807-EJD<br><br>Related Case Nos.:  5:11-cv-04834-EJD; 5:11-cv-04935-EJD; and 5:12-cv-00370-EJD<br><br>In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD<br><br><br>Action Filed:  February 17, 2012 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | ALEXANDRIA PARRISH, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC., and DOES 1 Through 10,<br><br>              Defendants. | Case No. 5:12-cv-00667-EJD<br><br>In Re Facebook Internet Tracking Litigation Case No. 5:12-md-02314-EJD<br><br><br><br>Action Filed:  October 7, 2011<br>Transferred February 8, 2012 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | SHARON BEATTY, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00668-EJD |
| 2 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FACEBOOK, INC., and DOES 1 Through 10, | Action Filed: October 7, 2011<br>Transferred February 8, 2012 |
| | Defendants. | |
| 6 | BROOKE RUTLEDGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00669-EJD |
| 7 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed: October 12, 2011<br>Transferred February 8, 2012 |
| 11 | Defendants. | |
| 12 | MICHAEL SINGLEY, Individually and on Behalf of All Others Similarly Situated, | Civil No. 5:12-cv-00670-EJD |
| 13 | Plaintiffs, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 14 | v. | |
| 15 | FACEBOOK, INC.,<br>DOES 1 THROUGH 10, | |
| 16 | Defendants. | Action Filed: October 5, 2011<br>Transferred February 08, 2012 |
| 17 | | |
| 18 | DANA HOWARD, individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00671-EJD |
| 19 | Plaintiffs, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 20 | v. | |
| 21 | FACEBOOK, INC. and DOES 1 through 10, | |
| 22 | Defendants. | Action Filed: October 4, 2011 and Transferred on February 8, 2012 |
| 23 | JOHN GRAHAM, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00673-EJD |
| 24 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 25 | Plaintiff, | |
| 26 | v. | |
| 27 | FACEBOOK, INC., and DOES 1 Through 10, | Action Filed: October 5, 2011<br>Transferred February 8, 2012 |
| | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | DAVID M. HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00674-EJD |
| 2 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: October 7, 2011<br>Transferred February 8, 2012 |
| 6 | JANET SEAMON, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00675-EJD |
| 7 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: October 10, 2011<br>Transferred February 8, 2012 |
| 11 | | |
| 12 | CHANDRA L. THOMPSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00676-EJD |
| 13 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 14 | v. | |
| 15 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: September 30, 2011<br>Transferred February 8, 2012 |
| 16 | | |
| 17 | STEPHANIE CAMPBELL, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00796-EJD |
| 18 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: November 21, 2011<br>Transferred February 17, 2012 |
| 22 | | |
| 23 | CYNTHIA D. QUINN, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00797-EJD |
| 24 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 25 | v. | |
| 26 | FACEBOOK, INC. and DOES 1 through 10, Defendants. | Action Filed: October 18, 2011<br>Transferred February 17, 2012 |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

| | | |
|---|---|---|
| 1 | JEANNE M. WALKER, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00798-EJD |
| 2 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 3 | Plaintiff, | |
| | v. | |
| 4 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed:  October 20, 2011 |
| 5 | Defendants. | Transferred February 17, 2012 |
| 6 | JACQUELINE BURDICK, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:12-cv-00799-EJD |
| 7 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 8 | Plaintiff, | |
| | v. | |
| 9 | FACEBOOK, INC. and DOES 1 through 10, | Action Filed:  October 25, 2011 |
| 10 | Defendants. | Transferred February 17, 2012 |
| 11 | EDWARD STRAVATO, | Case No. 5:12-cv-00800-EJD |
| 12 | Plaintiff, | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 13 | v. | |
| 14 | FACEBOOK, INC.; JOHN DOE 1-10, | |
| 15 | Defendants. | Action Filed:  December 14, 2011 Transferred February 17, 2012 |
| 16 | MATTHEW J. VICKERY, and Other Persons Similarly Situated, | Case No. 5:12-cv-00801-EJD |
| 17 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | FACEBOOK, INC., DOES 1 thru 10, | Action Filed:  November 14, 2011 Transferred February 17, 2012 |
| 21 | Defendants. | |
| 22 | PATRICK K. MALONEY, Individually and on Behalf of All Others Similarly Situated | Case No. 5:12-cv-00824-EJD |
| 23 | | In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | FACEBOOK, INC., DOES 1 THROUGH 10, | Action Filed: January 25, 2012 Transferred February 21, 2012 |
| 27 | Defendants. | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

| | |
|---|---|
| JOON KHANG, Individually and On Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br>    Defendant. | Case No. 5:12-cv-00825-EJD <br><br> In Re Facebook Internet Tracking Litigation No. 5:12-md-02314-EJD <br><br><br> Action Filed: February 1, 2012 <br> Transferred February 21, 2012 |

**DEFENDANT FACEBOOK, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (CIVIL L.R. 3-13)**

Defendant Facebook, Inc. ("Facebook"), by and through its undersigned counsel of record, hereby notifies the Court and all parties, pursuant to Civil Local Rule 3-13, that the instant matter, *In re Facebook Internet Tracking Litigation*, No. 5:12-md-02314, involves overlapping subject matter and the same defendant as another action, *Ung v. Facebook, Inc.*, No. 112-cv-217244 ("*Ung*"), pending in the Superior Court of the State of California, County of Santa Clara.[1] Facebook intends to move the Superior Court for a stay of proceedings in *Ung* pending resolution of this matter.

\*     \*     \*     \*

The *Ung* complaint was filed on January 24, 2012 in Santa Clara Superior Court.[2] Facebook is the sole defendant. The *Ung* Plaintiffs purport to represent a putative class of Facebook users and non-Facebook users residing in the State of California who visited third-party websites displaying the Facebook "Like" button. (*Ung* Compl. ¶¶ 4-6.) Facebook's deadline to respond to the *Ung* complaint is March 23, 2012.

---

[1] The California state courts have a similar rule to Civil Local Rule 3-13. California Rule of Court 3.300 requires a notice to be filed "whenever a party in a civil action knows or learns that the action or proceeding is related to another action or proceeding pending, dismissed, or disposed of by judgment in any state or federal court in California," and requires that notice be served on all parties in the related cases. Accordingly, attached hereto as **Exhibit A** is a true and correct copy of Facebook's filing of a notice of related cases in the Superior Court of California, County of Santa Clara, filed March 16, 2012 in *Ung v. Facebook, Inc.*, 112-cv-217244.

[2] Attached hereto as **Exhibit B** is a true and correct copy of the *Ung* complaint.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

The *Ung* Plaintiffs allege that Facebook used the Like button to collect individual users' browsing history using "cookies." (*Id*. ¶¶ 4-6, 14-16.) The *Ung* Plaintiffs allege that Facebook uses, among other mechanisms, a "datr tracking cookie" to "record web browsing of its members and non-members whenever they visit web pages enabled with the Like button or Facebook Connect." (*Id*. ¶ 14.) The *Ung* Plaintiffs also cite the blog of Nik Cubrilovic ("Cubrilovic"), whose research, they claim, allegedly revealed "that Facebook collects Facebook members' web browsing data, even after they have logged out of Facebook, by placing cookies on their computer and sharing their browsing data whenever the user visits a Facebook-enabled webpage." (*Id*. ¶ 15.) The Cubrilovic blog entry that forms the basis of these allegations states, "[w]ith my browser logged out of Facebook, whenever I visit any page with a Facebook like button, or share button, or any other widget, the information, including my account ID, is still being sent to Facebook." (New Web Order, http://nikcub.appspot.com/posts/logging-out-of-facebook-is-not-enough (Sept. 25, 2011).) Facebook denies these allegations.

The matter pending before this Court, *In re Facebook Internet Tracking Litigation* (the "MDL Actions"), is comprised of numerous putative class actions on behalf of Facebook users that were filed in various districts across the United States between September 2011 and February 2012. Facebook is the sole defendant in these actions. Between February 8, 2012 and February 22, 2012, they were transferred to this District by the United States Judicial Panel on Multidistrict Litigation to "eliminate duplicative discovery; prevent inconsistent pretrial rulings, including with respect to class certification; and conserve the resources of the parties, their counsel, and the judiciary." *In re Facebook Internet Tracking Litig.,* MDL No. 2314 (Dkt. 45) (J.P.M.L. Feb. 8, 2012). This Court has scheduled a case management conference for the MDL Actions on March 30, 2012.

Like *Ung*, the MDL Actions involve the same core set of allegations—that through the use of "cookies" (and one specific cookie, called the "datr cookie"), Facebook collected the Internet browsing history of individual users. (*Compare Davis* Compl. ¶¶ 22-23 *with Ung* Compl. ¶¶ 4-6,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

14, 16.)³  The MDL Actions rely on the same September 2011 blog posts by Cubrilovic about Facebook cookies, including the datr cookie. (*Compare Davis* Compl. ¶¶ 21-23 *with Ung* Compl. ¶ 15.)  These allegations directly mirror the alleged conduct in *Ung*.⁴ (*See, e.g.*, *Ung* Compl. ¶ 14.)  Further, although the *Ung* action purports to assert claims on behalf of Facebook users and non-Facebook users, virtually all of the Facebook user sub-class in *Ung* is encompassed by the proposed Facebook user class in several of the MDL Actions. (*E.g., Davis* Compl. ¶ 31 (seeking certification of a putative class of "all persons who had active Facebook accounts and used Facebook between May 27, 2010 and September 26, 2011, both dates inclusive, and whose privacy was violated by Facebook").)  Moreover, Facebook will likely assert similar legal and factual defenses in the *Ung* action and the MDL Actions and discovery will likely involve similar documents and data.

---

³  The Court need not review every complaint in the MDL Actions to see the clear overlap and connection between those actions and *Ung* and may look to one of the two first-filed cases, *Davis v. Facebook*, No. 11-cv-04834-EJD (N.D. Cal.) ("*Davis*").  It was the *Davis* plaintiffs who initiated proceedings before the MDL Panel, and the *Davis* case that the MDL Panel determined involved the same core, operative facts as the other MDL Actions.

⁴  The current complaint is the *Ung* Plaintiffs' second attempt to pursue an action in state court.  They originally filed a significantly less-detailed complaint in state court last year, a true and correct copy of which is attached hereto as **Exhibit C**.  (*Ung v. Facebook, Inc.*, No. 111-cv-200467 (filed May 9, 2011).)  Notably, that earlier case did not discuss the "datr tracking cookie," which now figures prominently in the current complaint. (*Compare Ung v. Facebook, Inc.*, No. 111-cv-200467, Compl. ¶¶ 4-6 (claiming that Facebook used the Like button and Facebook Connect to "collect" plaintiffs' "browsing history" but not mentioning the datr cookie) *with Ung* Compl. ¶¶ 4-6 (claiming that each plaintiff found the datr cookie on his or her computer after having visited specific third-party websites and that Facebook used the Like button and Facebook Connect to "track and collect" plaintiffs' "browsing history").)  The original *Ung* complaint also did not contain a single reference to Cubrilovic or his blog, which details how the datr cookie allegedly works, as the current complaint does. (*Ung* Compl. ¶ 14.)  Nor did Plaintiffs' original complaint allege a violation of California's wiretap law as the current complaint does. (*Id.* ¶¶ 42-49.)

Facebook subsequently removed the first *Ung* case to federal district court.  After briefing on Facebook's motion to dismiss and on jurisdictional issues was filed, the *Ung* Plaintiffs voluntarily dismissed their federal action on December 14, 2011. (*Ung v. Facebook, Inc.*, 3:11-cv-02829-JSW (N.D. Cal.), Dkt. 41.)  On January 24, 2012, the current complaint was filed with the significant revisions and new detailed factual allegations concerning the datr cookie and the Cubrilovic blog posts.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

Accordingly, Facebook has moved the California Superior Court before which *Ung* is pending to stay those proceedings pending resolution of this matter.

Dated: March 16, 2012       COOLEY LLP


/s/ *Jeffrey M. Gutkin*
Jeffrey M. Gutkin (216083)

Attorneys for Defendant FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD

## CERTIFICATE OF SERVICE
### (FRCP 5)

The undersigned certifies that the foregoing document was served on all counsel who are deemed to have consented to electronic service. Civil L.R. 5-5. The counsel of record not deemed to have consented to electronic service, listed below, were served with a true and correct copy of the foregoing by U.S. First Class Mail on March 16, 2012.

Attorney for Plaintiffs
Ryan Ung, Chi Chen and
Alice Rosen (*Ung v. Facebook, Inc.* matter)

Jeffrey S. Westerman
David E. Azar
MILBERG LLP
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*/s/ Amy E. Nash*
Amy E. Nash

1016296 /HN

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6.

FACEOOK'S NOTICE OF PENDENCY OF ACTION
5:11-CV-04834 –EJD AND
ALL CASES IN 5:12-MD-02314-EJD